Baggott and another. G. Ryall, for appellants. J. Rieger, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

TAYLOR, Appellant, v. NEW YORK LIFE INS. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. March 27, 1912.) Action by Emma A. Taylor, as executrix, etc., against the New York Life Insurance Company. No opinion. Motion for reargument (of 133 N. Y. Supp. 746) denied, with $10 costs.

TEPFER, Respondent, v. BURGER et al., Appellants. (Supreme Court, Appellate Division, First Department. March 29, 1912.) Action by Samuel Tepfer against Pinous Burger and others. M. D. Steuer, for appellants. L. Squires, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

TERRY, Respondent, v. GAFFEY, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 27, 1912.) Action by Edward L. Terry against Albert Gaffey. No opinion. Judgment and order affirmed, with costs.

THOMAS BROWN CONTRACTING CO., Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 27, 1912.) Action by the Thomas Brown Contracting Company against the New York Central & Hudson River Railroad Company. No opinion. Judgment and order affirmed, with costs.

THOMPSON, Appellant, v. NEW ACADEMY THEATER CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. March 13, 1912.) Action by George H. Thompson against the New Academy Theater Company. No opinion. Judgment affirmed, with costs. See, also, 133 N. Y. Supp. 1146.

TICHBORNE PRESS, Appellant, v. ANDREWS, Respondent. (Supreme Court, Appellate Division, Second Department. April 4, 1912.) Action by the Tichborne Press against Champe S. Andrews. No opinion. Judgment and order affirmed, with costs. See, also, 147 App. Div. 906, 131 N. Y. Supp. 1146.

TRAVIS, Appellant, v. MONFORT et al., Respondents. (Supreme Court, Appellate Division, Second Department. April 12, 1912.) Action by Walter W. Travis, trustee in bankruptcy, etc., against Mary J. Monfort and others.
PER CURIAM. Order reversed, with $10 costs and disbursements, and motion denied, with $10 costs, on the ground that it appears that the examination of the defendants in the bankruptcy court did not cover all of the issues in this action.

In re TRUSTEES OF CITY AND COUNTY HALL OF CITY OF BUFFALO AND ERIE COUNTY. (Supreme Court, Appellate Division, Fourth Department. March 13, 1912.) In the matter of the appointment of two Trustees of the City and County Hall, for the Use of the City of Buffalo and the County of Erie, to succeed Henry V. Bisgood and Frank Whaley, whose terms of office expire on May 2, 1912. No opinion. The said trustees, Henry V. Bisgood and Frank Whaley, are hereby appointed as trustees to succeed themselves, each for the term of six years from the 2d of May, 1912. See, also, 126 App. Div. 920, 110 N. Y. Supp. 1124.

In re TURNER. (Supreme Court, Appellate Division, First Department. March 29, 1912.) In the matter of Matilda Turner, deceased.
PER CURIAM. Decree affirmed, with costs, on opinion on former appeal. 142 App. Div. 645, 127 N. Y. Supp. 641.
INGRAHAM, P. J., and MILLER, J., dissent, on former dissenting opinion. Order filed.

TURNER CONST. CO., Respondent, v. UPTEGRAFF, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 28, 1912.) Action by the Turner Construction Company against Walter D. Uptegraff. No opinion. Judgment and order affirmed, with costs.

TURTLE et al., Respondents, v. GLENDINNING & CO., Limited, Appellant. (Supreme Court, Appellate Division, First Department. March 29, 1912.) Action by Henry F. Turtle and another against Glendinning & Co., Limited. J. S. Davenport, for appellant. J. H. Cohen, for respondents. No opinion. Judgment affirmed, with costs, with leave to defendant to amend answer on payment of costs. Order filed.

TYNDALL, Appellant, v. PINELAWN CEMETERY et al., Respondents (two cases). (Supreme Court, Appellate Division, First Department. March 29, 1912.) Action by William D. Tyndall against the Pinelawn Cemetery and others. J. M. Gardner, for appellant. A. D. Kneeland, for respondents.
PER CURIAM. Orders affirmed, with $10 costs and disbursements. Orders filed. See, also, 133 N. Y. Supp. 1147.
CLARKE and SCOTT, JJ., dissent.

In re UNION LIFE INS. CO. (Supreme Court, Appellate Division, First Department. April 12, 1912.) In the matter of the Union Life Insurance Company. No opinion. Order affirmed, with $10 costs and disbursements.